## Illinois Central R. R. Co. v. Commissioners Highways Mattoon Township.

1. FREEHOLD—*When Involved.*—The question as to whether a highway is legally laid out involves a freehold.

Appeal from the Circuit Court of Coles County; the Hon. FERDINAND BOOKWALTER, Judge, presiding. Heard in this court at the May term, 1895. Appeal dismissed. Opinion filed June 8, 1895.

H. S. CLARK and J. F. SCOTT, attorneys for appellant.

J. F. HUGHES, attorney for appellees.

PER CURIAM.

The fundamental question in this case is whether a certain highway, which crossed the right of way of the appellant, had been legally established.

This involves a freehold, and we must, therefore, dismiss the appeal. Chaplin v. Comrs., etc., 126 Ill. 264; Town of Brushy Mound v. McClintock, 146 Ill. 643.

Leave is given appellant to withdraw record, abstracts and briefs. Appeal dismissed.